THOMAS DWYER, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

165    613
Case 1
j 77 AD 240

*Dwyer v. Board of Education,* 27 App. Div. 87, affirmed.
(Submitted November 21, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1898, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Charles J. Hardy* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

LEOPOLD WEIL, Respondent, *v.* JOSEPH BERMEL, as Supervisor of the Town of Newtown, Appellant.

JOSEPH BERMEL et al., as Supervisors of the County of Queens, et al., Respondents.

*Weil v. Bermel,* 23 App. Div. 624, affirmed.
(Submitted November 21, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 21, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Townsend Scudder* and *Isaac P. Coale* for appellant.

*Frederick P. Delafield* and *Benjamin A. Gould* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.